Nicolas DAVILA Plea Facts

1. Catalytic converters are a component of an automotive vehicle's exhaust system that reduce the toxic gas and pollutants from a vehicle's internal combustion engine into safe emissions by catalyzing a redox reaction process. Catalytic converters use precious metals in their center or "core" and are regularly targeted for theft due to the high value of these metals. Catalytic converters are required components on all combustion engine automobiles in the United States as regulated by the Environmental Protection Agency ("EPA"). Every individual state in the United States dictates emission standards for their catalytic converters, which makes the concentration of precious metals in catalytic converters vary from state-to-state.

2. Thieves steal catalytic converters from vehicles for the precious metals that the cores contain, including palladium, platinum, and rhodium. Some of these precious metals are more valuable per ounce than gold and their value has been increasing in recent years. The black-market price for certain catalytic converters can be above $1,000 each. Catalytic converters are often stolen from the underside of vehicles by using handheld power tools (including reciprocating saws, sawzalls, pneumatic or hydraulic pipe-cutters, or oxy-acetylene gas cutting torches) and automotive tools (floor jacks and jack stands). Skilled thieves can remove a catalytic converter completely within a few minutes or less. Additionally, catalytic converters often lack unique serial numbers, VIN information, or other distinctive identification features, making them difficult to trace to their lawful owner. Thus, the theft of catalytic converters has become increasingly popular because of their value, relative ease to steal, and their lack of identifying markings.

3. Catalytic converter thieves are well-informed about which vehicle makes and models contain the most precious metals in their catalytic converters. Thieves typically obtain pricing information from online pricing applications that list the purchase price of catalytic

converters taken from certain make and model of cars. This price is believed to be calculated based on the known quantity of precious metal in the catalytic converter for a certain make and model of vehicle as compared to the price of the precious metal on the commodity market. Catalytic converter thieves (sometimes referred to as "cutters") often conduct searches in residential neighborhoods, parking lots, industrial areas, and other locations to identify and steal the most high-value catalytic converters. Often these high-value catalytic converters are on trucks, and thieves target businesses and industrial parks that have multiple trucks of the same make and model containing high value catalytic converters.  Additionally, certain vehicles such as larger trucks and vans have multiple catalytic converters that can be taken from a single vehicle. Based on the confluence of these factors, catalytic converter theft has become a nationwide problem across many state, local, and federal jurisdictions. The theft of a vehicle's catalytic converter results in damage that renders the vehicle inoperable until properly replaced. Not only are the vehicles mechanically unable to be driven, but they are also not legally operable under the EPA regulations until repaired.

4. The process to remove the precious metals from the catalytic converters is complex and may release toxic gases. Therefore, catalytic converters are typically sold intact to an extraction company or "core buyer." The extraction company will remove the core from the catalytic converter using a "de-canning" process that crushes the honeycomb structure (or "brick") inside the core, resulting in precious metal powders. The process of de-canning will crush the core or brick inside the catalytic converters; new bricks are not available for sale to the general public. The precious metal powders are then sold to a metal refinery for further processing.

5. The cost of a catalytic converter ranges between $500 and $8,000, depending on the vehicle's make and model. In general, the larger the engine, the more expensive the converter.

Consequently, catalytic converter theft has a profound effect on interstate commerce. Individuals are left without the use of their vehicle until it is repaired, and cannot get to work, bring their children to school, or go about their day. Businesses are left unable to deliver their products, pickup supplies, or service their customers. And if multiple vehicles in a business's fleet are targeted, then the business must obtain replacement vehicles in order to meet the demands of the day while the damaged vehicles are repaired. In the course of this investigation, I have learned that it is not uncommon for targeted businesses to lose the use of their trucks and vehicles for multiple weeks while replacement parts are ordered and repairs take place. Additionally, the same businesses are often targeted repeatedly because they happen to have a fleet comprised of vehicles with high-value catalytic converters.  Investigators in this case have personally spoken to local automobile repair companies and other subject matter experts who have stated that in many instances the necessary parts to make the repairs are backordered in excess of six (6) weeks. Replacement parts and labor can exceed $10,000 per vehicle.  Labor is added because the valuable portion of the converter is cut out during the theft, and the remaining portions must be removed and disposed of, and new parts obtained and installed.

6. This investigation, dubbed **Operation Cut & Run**, was developed through the submission of local catalytic converter theft incidents to Mass Crime Net, which is an information sharing service run by the Massachusetts State Police Fusion Center.  Mass Crime Net receives information from local police departments in the region and then distributes the information to the group of participating agencies.  Through information-sharing facilitated by the service, local departments are alerted to missing persons, emergent public safety matters, and ongoing crimes and trends in neighboring communities.  In this particular case, numerous local departments across Massachusetts were developing information that a Maroon Acura MDX was involved in catalytic

converter thefts in their jurisdictions. These local police investigations of individual theft incidents resulted in surveillance video depicting a Maroon Acura MDX that had a number of identifying features: maroon color, distinct six (6) spoke rims, chrome running boards, tinted windows, a front split grille, no front plate, and visually distinct roof racks.

7.   Review of surveillance video showed at least two suspects being involved in the thefts. In nearly all instances, the thefts took place late at night or in the early morning and the suspects wore dark clothing and utilized power tools. Some targeted vehicles required the use of a jack to lift the vehicles and gain access to the catalytic converters. The thefts were accomplished quickly, with each converter requiring 30 to 60 seconds to cut out and remove and the thieves knowing where to look for the converter based on the make/model of the vehicle they were targeting. There were also commonalities in the vehicles being targeted. Specifically, commercial delivery vehicles were favored, including Isuzu, Nissan, and Ford trucks and vans, and passenger vehicles such as Toyota Priuses and Corollas.

8.   Through this investigation, Rafael DAVILA was identified as the owner of the Maroon Acura MDX, and the leader of an organized group of thieves committing these thefts. Rafael DAVILA would undertake the catalytic converter thefts with a group of individuals, including Carlos FONSECA, Nicolas DAVILA (brother to Rafael DAVILA), Zachary MARSHALL, and Santo FELIBERTY.

9.   Once in possession of the stolen catalytic converters, the investigation revealed that Rafael DAVILA routinely transferred them to Jose TORRES, a/k/a "Goldy" who would accumulate stolen catalytic converters from multiple theft crews. TORRES would then transport bulk quantities of stolen catalytic converters to dealers in Connecticut, Rhode Island, and the New York / New Jersey area, who would buy them and refine them. In particular, TORRES sold stolen

catalytic converters to entities and individuals who have since been federally indicted for interstate transportation of stolen property and money laundering offenses related to catalytic converter thefts. These individuals include Alexander Kolitsas of Downpipe Depot charged federally in the District of Connecticut,[1] Lovin Khanna, and Ishu Lakra of DG Auto, a New Jersey based company charged federally in the Eastern District of California and Northern District of Oklahoma.[2]

## Interstate Thefts Attributable to Nicolas Davila

10. Had this case proceeded to trial, the government would have introduced evidence of 42 catalytic converter thefts that the Defendant participated in committing with codefendant Rafael Davila that are attributable to him.

| | | |
|---|---|---|
| 11/24/2022 | Hooksett, NH | 14 |
| 11/27/2022 | Wilmington, MA | 10 |
| 11/27/2022 | Millbury, MA | 3 |
| 12/6/2022 | Bow, NH | 1 |
| 12/6/2022 | Concord, NH | 14 |

A. **11/24/22, Hooksett, NH**

11. According to Hooksett, NH Police Reports 22HKS-843-OF and 22HKS-854-OF, on or about November 24, 2022, Hooksett, NH Police received reports of catalytic converter thefts. Based upon review of the reports, a total of fourteen vehicles were targeted and had their catalytic

---

[1] *See United States v. Kolitsas, et. al.*, Docket No. 22-CR-171, ECF #1, Indictment (D. Conn. Aug. 16, 2022); "INDICTMENT CHARGES 5 MEN INVOLVED IN SCHEME TO STEAL AND SELL CATALYTIC CONVERTERS", Aug. 24, 2022, available at https://www.justice.gov/usao-ct/page/file/1533511/download.

[2] *See United States v. Khanna, et. al.*, Docket No. 22-CR-0213, ECF #1, Indictment (E.D. Cal. Oct. 20, 2022); *United States v. Khanna, et. al.*, Docket No. 22-CR-348, ECF #1, Indictment (N.D. Okla. Oct. 4, 2022); "Justice Department Announces Takedown of Nationwide Catalytic Converter Theft Ring," Nov. 2, 2022, available at https://www.justice.gov/opa/pr/justice-department-announces-takedown-nationwide-catalytic-converter-theft-ring.

converters stolen. According to the reports, Hooksett, NH Police recovered surveillance video in the area of the thefts and were able to identify a vehicle involved in the thefts taking place at 3:16 AM on November 24, 2022.[3] This vehicle appears to match the description of the MAROON ACURA MDX. Of note, the suspects utilize a blue jack to lift the targeted vehicles. A still image from surveillance video recovered by Hooksett, NH Police follows:



12.     Investigators conducted a preliminary review of historical CSLI for TARGET PHONE 1 utilized by Rafael DAVILA relative to the incidents.

   a. TARGET PHONE 1 utilized a cell tower in Hooksett, NH from 1:59 AM to 3:58 AM on November 24, 2022. This cell tower is within 2500 feet from the locations of the thefts. Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the locations of the thefts.

---

[3] During this incident, one of the vehicles targeted was a Nissan NV200. The catalytic converter for a Nissan NV200 carries a retail value of $4,168. Eight of the vehicles targeted were Freightliner MT55 Vans from a bakery. Catalytic converters for a Freightliner MT55 Van carry a retail value of approximately $3,000 each.

    b. Following the time frame of the thefts in Hooksett, NH, TARGET PHONE 1 began utilizing cell towers consistent with travel into Massachusetts and back to Springfield, MA via I-495, I-290, and I-90. TARGET PHONE 1 began utilizing cell towers located in Massachusetts at approximately 5:15 AM, and began utilizing cell towers in the Springfield, MA area at approximately 7:00 AM on November 24, 2022.

13. Investigators conducted a preliminary review of historical CSLI for TARGET PHONE 6 utilized by Nicolas DAVILA relative to the incidents.

    a. TARGET PHONE 6 utilized a cell tower in Hooksett, NH from 1:58 AM to 3:57 AM on November 24, 2022. This cell tower is within 2500 feet from the locations of the thefts. Engineering data for TARGET PHONE 6 placed it in the immediate vicinity of the locations of the thefts.

    b. Following the time frame of the thefts in Hooksett, NH, TARGET PHONE 6 began utilizing cell towers consistent with travel into Massachusetts and back to Springfield, MA via I-495, I-290, and I-90. TARGET PHONE 6 began utilizing cell towers located in Massachusetts at approximately 5:18 AM, and began utilizing cell towers in the Springfield, MA area at approximately 7:00 AM on November 24, 2022.

14. Investigators reviewed text messages between Rafael DAVILA (utilizing TARGET PHONE 1) and Nicolas DAVILA (utilizing TARGET PHONE 6) on November 23, 2022. Those text messages capture Rafael DAVILA and Nicolas DAVILA meeting up around 10:47 PM before heading out to Hooksett, NH to commit the thefts. Of note, DAVILA indicates that the individual with whom he had planned to commit the thefts – "Charlito", believed to be FONSECA – could not "work" that night. Rafael DAVILA also indicates that he has additional locations identified for Saturday, November 26, 2022, as well, suggesting that Nicolas DAVILA can come along that evening if "Charlito" (meaning FONSECA) is not available.

| Date / Time | Author | Content |
|---|---|---|
| 11/23/2022 5:58:42 PM | DAVILA | You have plans tonight? |
| 11/23/2022 6:19:53 PM | Nicolas DAVILA | No not really I'm bouta get up now |
| 11/23/2022 6:19:57 PM | Nicolas DAVILA | Why what's good bro |
| 11/23/2022 6:28:25 PM | DAVILA | I got a good spot in NH I think there gonna be closed tonight. I was supposed to go with Charlito but he can't work tonight |
| 11/23/2022 6:29:39 PM | Nicolas DAVILA | I'm down for whatever |
| 11/23/2022 6:29:51 PM | Nicolas DAVILA | Just lmk I got no plans |

| | | |
|---|---|---|
| 11/23/2022 6:30:17 PM | DAVILA | I'm going for sure |
| 11/23/2022 6:30:34 PM | DAVILA | And if he slack on Saturday I got a spot for Saturday too |
| 11/23/2022 6:31:28 PM | Nicolas DAVILA | Okay what time you can grab me whenever |
| 11/23/2022 6:32:18 PM | DAVILA | Gotta head out at like 10 |
| 11/23/2022 6:34:53 PM | Nicolas DAVILA | Ight cool |
| 11/23/2022 9:49:07 PM | DAVILA | I'm getting home now. Gonna change a grab my truck and I'm on the way to get you |
| 11/23/2022 9:50:50 PM | Nicolas DAVILA | Okay on island pond rd driving home |
| 11/23/2022 9:51:13 PM | DAVILA | Ok |
| 11/23/2022 10:30:08 PM | Nicolas DAVILA | You good? |
| 11/23/2022 10:30:42 PM | DAVILA | Yea just filled up the tank. I'm on the way |
| 11/23/2022 10:31:30 PM | Nicolas DAVILA | Alrighty |
| 11/23/2022 10:47:37 PM | DAVILA | Here |
| 11/23/2022 10:48:46 PM | Nicolas DAVILA | Coming |

**B.     11/27/22, Wilmington, MA, Millbury, MA**

15.     According to Wilmington Police Reports 22-1416-OF, 22-1417-OF, and 22-1418-OF, on or about November 27, 2022, Wilmington Police received reports of catalytic converter thefts. Based upon review of the reports, a total of ten vehicles were targeted and had their catalytic converters stolen. According to the reports, Wilmington Police recovered surveillance video in the area of the thefts and were able to identify a vehicle involved in the thefts taking place at 1:57 AM on November 27, 2022. This vehicle appears to match the description of the MAROON ACURA MDX. Of note, one of the suspects appears to be wearing a blue head lamp and red gloves, and sneakers with silver piping. Still images from surveillance video recovered by Wilmington Police follows:



16. According to Millbury Police Report 22-587-OF, on or about November 27, 2022, Millbury Police received a report of catalytic converter thefts. Based upon review of the report, three vehicles were targeted and had their catalytic converters stolen. A fourth vehicle was found to have a red Diablo Sawzall blade embedded in its exhaust pipe. According to the report, Millbury Police recovered surveillance video in the area of the thefts and were able to identify a vehicle involved in the thefts at approximately 5:35 AM on November 27, 2022. This vehicle appears to match the description of the MAROON ACURA MDX. A still image from surveillance video reviewed by Millbury Police follows:



17. Investigators conducted a preliminary review of historical CSLI for TARGET PHONE 1 utilized by Rafael DAVILA relative to the incidents.

   a. TARGET PHONE 1 utilized a cell tower in Wilmington, MA from 1:46 AM to 4:10 AM on November 27, 2022. This cell tower is within 1500 feet from the locations of the thefts in Wilmington, MA. Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the locations of the thefts in Wilmington, MA.

   b. TARGET PHONE 1 utilized a cell tower in Millbury, MA from 5:16 AM to 6:22 AM on November 27, 2022. This cell tower is within 2000 feet from the locations of the thefts in Millbury, MA. Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the locations of the thefts in Millbury, MA.

18. Investigators conducted a preliminary review of historical CSLI for TARGET PHONE 6 utilized by Nicolas DAVILA relative to the incidents.

   a. TARGET PHONE 6 utilized cell towers in Wilmington, MA from 1:46 AM to 4:11 AM on November 27, 2022. This cell towers are within 1 mile from the locations of the thefts in Wilmington, MA. Engineering data for TARGET PHONE 6 placed it in the immediate vicinity of the locations of the thefts in Wilmington, MA.

   b. TARGET PHONE 6 utilized a cell tower in Millbury, MA from 5:10 AM to 6:18 AM on November 27, 2022. This cell tower is within 2000 feet from the locations of the thefts in Millbury, MA. Engineering data for TARGET PHONE 6 placed it in the immediate vicinity of the locations of the thefts in Millbury, MA.

19. Investigators reviewed text messages between Rafael DAVILA (utilizing TARGET

PHONE 1) and Nicolas DAVILA (utilizing TARGET PHONE 6) on November 26, 2022. Those text messages capture Rafael DAVILA and Nicolas DAVILA meeting up around 11:56 PM before heading out to Wilmington, MA, and Millbury, MA to commit the thefts. Of note, in this conversation, Rafael DAVILA and Nicolas DAVILA discuss Home Depot, and obtaining gloves for Nicolas DAVILA to use.

| Date / Time | Author | Content |
| --- | --- | --- |
| 11/26/2022 7:33:33 PM | DAVILA | You get gloves yet? I'm at Home Depot |
| 11/26/2022 7:33:42 PM | Nicolas DAVILA | No I didn't |
| 11/26/2022 7:33:51 PM | Nicolas DAVILA | I only got the ones in the truck the fox ones |
| 11/26/2022 7:34:20 PM | DAVILA | I'll grab you some good ones |
| 11/26/2022 7:37:22 PM | Nicolas DAVILA | Okay thank you |
| 11/26/2022 11:24:43 PM | Nicolas DAVILA | I'm bouta put gas in moms truck real quick it's on E |
| 11/26/2022 11:44:51 PM | DAVILA | I'm heading there now. I'll be there in 15 min |
| 11/26/2022 11:45:05 PM | Nicolas DAVILA | Ight I'll be there |
| 11/26/2022 11:56:08 PM | Nicolas DAVILA | Here last row |
| 11/26/2022 11:56:24 PM | DAVILA | Ok |

20.     Investigators reviewed text messages between Rafael DAVILA (utilizing TARGET PHONE 1) and Nicolas DAVILA (utilizing TARGET PHONE 6) on November 28, 2022, after the thefts on November 27, 2022 has taken place. During this conversation, Rafael DAVILA and N. DAVILA discuss the monetization of the stolen catalytic converters referring to them as "pieces." Rafael DAVILA indicates he dropped the catalytic converters off to an individual at Jose TORRES' direction ("going through some OG Goldy knows"), and that TORRES is charging a fee to be the middle-man ("in the mix making his cut"). During the conversation, they also discuss waiting on a set of false identification for Rafael DAVILA to use with a catalytic converter buyer in Rhode Island that will buy their stolen catalytic converters. ("As soon as it comes in I'm gonna shoot down to Rhode Island."). DAVILA also tells Nicolas DAVILA that after they "check this last town out" they will start over again, and the next group of targeted locations will give them four to six months of locations to target for catalytic converters twice a week ("After we check this last town out we gonna do something different so like starting all over again. My next group should

11

give us a good 4-6 months of work twice a week.").

| Date / Time | Author | Content |
| --- | --- | --- |
| 11/28/2022 6:19:12 PM | Nicolas DAVILA | Everything good? |
| 11/28/2022 6:21:07 PM | DAVILA | Yes. I dropped some pieces off to the dude, he said he can only buy like $5k worth at a time. When I got there he said I could've brought more 🤷 |
| 11/28/2022 6:21:34 PM | Nicolas DAVILA | Wow lol |
| 11/28/2022 6:21:45 PM | Nicolas DAVILA | Always something |
| 11/28/2022 6:21:48 PM | Nicolas DAVILA | You got the ID? |
| 11/28/2022 6:22:01 PM | DAVILA | So I'm gonna bring more to him tonight and he said he'll have money for them tomorrow evening. |
| 11/28/2022 6:22:15 PM | Nicolas DAVILA | Okay cool that's what's up just checkin on you |
| 11/28/2022 6:22:30 PM | DAVILA | No I'm going through some OG Goldy knows |
| 11/28/2022 6:22:42 PM | DAVILA | I can't wait for that ID to come in. |
| 11/28/2022 6:23:01 PM | Nicolas DAVILA | Oh okay got ya |
| 11/28/2022 6:23:05 PM | Nicolas DAVILA | That shit taking long |
| 11/28/2022 6:23:11 PM | DAVILA | As soon as it comes in I'm gonna shoot down to Rhode Island. |
| 11/28/2022 8:15:52 PM | DAVILA | So I dropped off the whole first round. If everything goes good we'll have the money tomorrow evening. hopefully my plates land on time and we'll work again on Wednesday |
| 11/28/2022 8:17:30 PM | Nicolas DAVILA | Okay sounds good |
| 11/28/2022 8:18:50 PM | Nicolas DAVILA | Did goldy tax you ? Lol |
| 11/28/2022 8:19:36 PM | DAVILA | He still in the mix making his cut |
| 11/28/2022 8:20:06 PM | Nicolas DAVILA | Oh okay word |
| 11/28/2022 8:31:12 PM | DAVILA | **The list**<br><br>3  3LM 500ea $1500<br>1  9SM $275<br>2  regular torpedo 200ea $400<br>1  4-biscuit torpedo<br>1  70/30 torpedo<br>1  fat torpedo $280<br>26  isuzu 200ea $5200 |
| 11/28/2022 8:32:22 PM | DAVILA | This is were we are so far more or less. Just waiting on prices for those last two torpedos |
| 11/28/2022 8:35:20 PM | DAVILA | Which are the two more expensive ones so not a bad night |
| 11/28/2022 8:37:10 PM | Nicolas DAVILA | Word that's not bad at all fuck it we ain't done turning up yet lol |
| 11/28/2022 8:38:37 PM | Nicolas DAVILA | Hopefully the plates come in lol |
| 11/28/2022 8:40:52 PM | DAVILA | After we check this last town out we gonna do something different so like starting all over again. My next group should give us a good 4-6 months of work twice a week. |
| 11/28/2022 8:41:21 PM | Nicolas DAVILA | Okay got it |

12

| | | |
|---|---|---|
| 11/28/2022 8:41:39 PM | Nicolas DAVILA | Im ready for whatever |

### C.  12/05/22, Home Depot Purchase

21. Investigators obtained records and video footage from Home Depot. Review of those records revealed that on December 5, 2022, at 8:37 PM, DAVILA purchased thirty (30) 9-inch Diablo Sawzall blades ("Diablo 9" 8/10 TPI BI-M THK MTL 15PK") for a total of $101.94 at a Home Depot located in Westfield, Massachusetts. DAVILA utilized self-checkout and paid $110 in cash. Of note, DAVILA can be seen wearing black clothing, a black jacket, and a black Adidas hat. After the purchase, surveillance video showed that DAVILA exited the store and entered a black Chevrolet Suburban and departed the area. A still image showing DAVILA exiting the Home Depot and the black Chevrolet Suburban follows:

 

### D.  12/06/22, Concord, NH and Bow, NH

22. According to Concord, NH Police Report 22-1502-OF, on or about December 6, 2022, Concord, NH Police received reports of catalytic converter thefts. Based upon review of the reports, a total of fourteen vehicles were targeted and had their catalytic converters stolen.[4]

---

[4] Eight of the vehicles targeted were Ford E450 vans. The catalytic converters for a Ford E450 van carry a retail value of at least $1,000 each.

13

According to the report, Concord, NH Police recovered surveillance video in the area of the thefts and were able to identify a vehicle involved in the thefts taking place at 1:30 AM to 4:00 AM on December 6, 2022. Investigators know from historical GPS tracking data that the MAROON ACURA MDX was involved in these thefts. Still images from surveillance video recovered by Concord, NH Police follows:



23.     According to Bow, NH Police Report 22-1502-OF, on or about December 6, Bow, NH Police received a report of a catalytic converter theft. Based upon review of the report, one vehicle was targeted and had its catalytic converter stolen. According to the report, Bow, NH

Police recovered surveillance video in the area of the theft and were able to identify a vehicle involved in the thefts at approximately 4:10 AM on December 6, 2022. Investigators know from historical GPS tracking data that the MAROON ACURA MDX was involved in this theft. Still images from surveillance video recovered by Bow, NH Police follow:




24. Investigators obtained surveillance video from the Hilton Hotel located at the Basketball Hall of Fame in Springfield, MA for December 5, 2022, and December 6, 2022. Investigators also obtained surveillance video from a gas station in Chelmsford, MA, on December 6, 2022, where the MAROON ACURA MDX stopped at 12:12 AM, and a gas station in Merrimack, NH, where the MAROON ACURA MDX stopped at 5:30 AM on December 6, 2022, after the thefts in Bow, NH and Concord, NH.

    a. At approximately 10:31 PM on December 5, 2022, the MAROON ACURA MDX parked in the parking lot. A few minutes later, a dark Lexus SUV, bearing Mass. Reg. 7TP872, arrives at 10:34 PM. Investigators know that this vehicle is utilized by N. DAVILA. A male, believed to be N. DAVILA exited the driver's seat of the Lexus and entered the front passenger seat of the MAROON ACURA MDX.

    b. At approximately 12:15 AM on December 6, 2022, the MAROON ACURA MDX arrived at a Shell Gas Station in Chelmsford, MA. The surveillance video showed that R. DAVILA exited the driver's seat of the MAROON ACURA MDX and entered the convenience store. R. DAVILA is wearing black clothing and a black Adidas hat. Still images from the surveillance video follow:

 

c. At approximately 5:34 AM on December 6, 2022, after the thefts in Concord and Bow, NH, the MAROON ACURA MDX arrived at the Rapid Refill Gas Station in Merrimack, NH. The surveillance video showed that R. DAVILA exited the driver's seat and N. DAVILA exited the passenger seat the MAROON ACURA MDX. Both entered the associated convenience store. N. DAVILA can be observed wearing a black hat with a sticker on the brim. Still images from the surveillance video follow:



| N. DAVILA | R. DAVILA |

d. Video from Hilton on December 6, 2022 (07:20 AM to 07:30 AM) showed that the MAROON ACURA MDX arrived in the BHOF parking lot at approximately 7:23 AM and parks next to the Lexus (the Lexus had not moved). A male, believed to be N. DAVILA wearing the hat with sticker on the brim, exited the

16

passenger side of the MAROON ACURA MDX and entered into the Lexus. Both vehicles then leave the BHOF parking lot heading west on West Union Street in Springfield, MA.



25. Investigators conducted a preliminary review of historical CSLI for TARGET PHONE 1 utilized by Rafael DAVILA relative to the incidents.

   a. TARGET PHONE 1 utilized a cell tower in Chelmsford, MA at 12:15 AM on December 6, 2022.  This cell tower is within 5000 feet from the Shell Gas Station. Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the Shell Gas Station.

   b. TARGET PHONE 1 utilized cell towers in Concord, NH, MA from 1:00 AM to 4:00 AM on December 6, 2022. The cell towers are within 4 miles from the locations of the thefts in Concord, NH.  Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the locations of the thefts in Concord, NH.

   c. TARGET PHONE 1 utilized a cell tower in Bow, NH at 4:08, 4:17 AM, 4:18 AM, 4:19 AM, 4:32 AM, 4:33 AM and 4:35 AM on December 6, 2022. This cell tower is within 1.5 miles from the location of the theft in Bow, NH.  Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the locations of the thefts in Bow, NH.

   d. TARGET PHONE 1 utilized a cell tower in Merrimack, NH at 5:23 AM to 5:31 AM on December 6, 2022. This cell tower is within 5000 feet from the gas station in Merrimack, NH.  Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the gas station in Merrimack, NH.

17

e. Following the stop in Merrimack, NH, TARGET PHONE 1 began utilizing cell towers consistent with travel into Massachusetts and back to Springfield, MA via Route 3, I-495, I-290, and I-90. TARGET PHONE 1 began utilizing cell towers located in Massachusetts at approximately 5:54 AM, and began utilizing cell towers in the Springfield, MA area at approximately 7:15 AM, on December 6, 2022.

f. TARGET PHONE 6 utilized a cell tower in Springfield, MA at 7:23 AM on December 6, 2022. This cell tower is within 3000 feet from the Basketball Hall of Fame parking lot. Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the Basketball Hall of Fame parking lot.

26. Investigators conducted a preliminary review of historical CSLI for TARGET PHONE 6 utilized by Nicolas DAVILA relative to the incidents.

a. TARGET PHONE 6 utilized a cell tower in Springfield, MA at 10:38 PM on December 5, 2022. This cell tower is within 3000 feet from the Basketball Hall of Fame parking lot. Engineering data for TARGET PHONE 6 placed it in the immediate vicinity of the Basketball Hall of Fame parking lot.

b. TARGET PHONE 6 utilized a cell tower in Chelmsford, MA at 12:13 AM on December 6, 2022. This cell tower is within 5000 feet from the Shell Gas Station. Engineering data for TARGET PHONE 6 placed it in the immediate vicinity of the Shell Gas Station.

c. TARGET PHONE 6 utilized cell towers in Concord, NH, MA from 1:00 AM to 4:00 AM on December 6, 2022. The cell towers are within 4 miles from the locations of the thefts in Concord, NH. Engineering data for TARGET PHONE 6 placed it in the immediate vicinity of the locations of the thefts in Concord, NH.

d. TARGET PHONE 6 utilized a cell tower in Bow, NH at 4:11 AM and 4:28 AM on December 6, 2022. This cell tower is within 3000 feet from the locations of the thefts in Bow, NH. Engineering data for TARGET PHONE 6 placed it in the immediate vicinity of the locations of the thefts in Bow, NH.

e. TARGET PHONE 6 utilized a cell tower in Merrimack, NH at 5:23 AM, 5:25 AM, 5:26 AM, 5:29 AM, 5:30 AM, and 5:43 AM December 6, 2022. This cell tower is within 5000 feet from the gas station in Merrimack, NH. Engineering data for TARGET PHONE 6 placed it in the immediate vicinity of the gas station in Merrimack, NH.

f. Following the stop in Merrimack, NH, TARGET PHONE 6 began utilizing cell towers consistent with travel into Massachusetts and back to Springfield, MA via Route 3, I-495, I-290, and I-90. TARGET PHONE 6 began utilizing cell towers located in Massachusetts at approximately 5:59 AM, and began utilizing cell

      towers in the Springfield, MA area at approximately 7:15 AM on December 6, 2022.

    g.  TARGET PHONE 6 utilized a cell tower in Springfield, MA at 7:24 AM on December 6, 2022. This cell tower is within 3000 feet from the Basketball Hall of Fame parking lot. Engineering data for TARGET PHONE 6 placed it in the immediate vicinity of the Basketball Hall of Fame parking lot.

27. Investigators reviewed text messages between DAVILA (utilizing TARGET PHONE 1) and Nicolas DAVILA (utilizing TARGET PHONE 6) on December 5, 2022. Those text messages capture DAVILA and Nicolas DAVILA meeting up at the Basketball Hall of Fame around 10:30 PM before heading out to Concord, NH and Bow, NH to commit the thefts.

| Date / Time | Author | Content |
| --- | --- | --- |
| 12/5/2022 8:16:25 PM | DAVILA | 9:30-9:45? |
| 12/5/2022 8:51:59 PM | Nicolas DAVILA | That's fine |
| 12/5/2022 9:00:42 PM | DAVILA | Ok I'll let you know when I'm on the way |
| 12/5/2022 10:12:41 PM | Nicolas DAVILA | Okay I'm ready |
| 12/5/2022 10:15:19 PM | DAVILA | I'm about to be on the way |
| 12/5/2022 10:17:13 PM | Nicolas DAVILA | Alright |
| 12/5/2022 10:20:01 PM | DAVILA | I'll be at the hall of fame if 15 |
| 12/5/2022 10:30:53 PM | Nicolas DAVILA | Pullin up to it |

28. Investigators reviewed text messages between DAVILA (utilizing TARGET PHONE 1) and Nicolas DAVILA (utilizing TARGET PHONE 6) on December 6, 2022, and December 8, 2022. Those text messages capture DAVILA and Nicolas DAVILA discussing monetization of the stolen catalytic converters.

| Date / Time | Author | Content |
| --- | --- | --- |
| 12/6/2022 5:33:26 PM | DAVILA | The guy is gonna be here at 9 to pick up saturdays load so we should get paid buy tomorrow night then I'll send yesterdays load |
| 12/6/2022 7:37:17 PM | Nicolas DAVILA | Okay thank you bro and word |
| 12/8/2022 10:31:12 PM | DAVILA | I still have Monday. Im not sending until they're ready |
| 12/9/2022 10:20:31 AM | Nicolas DAVILA | Hey I seen your message but I was doing so bad I couldn't even use my phone yesterday mom and dad took me to urgent care. I'm negative on COVID but I got a bad flu and stomach bug I guess. I'm doing better today though. Thank god. |
| 12/15/2022 10:05:45 PM | DAVILA | Remember we still have 13 pieces from that round put away |
| 12/15/2022 10:08:13 PM | DAVILA | Yea definitely even with market down that gonna be a $4k night each not fuckin bad |
| 12/15/2022 10:08:33 PM | DAVILA | I'm dropping the money off to moms in 15 minutes |

**163 Trafton Search**

Search of residence on 4/12/23. The following was recovered.

    a. A Glock Model 27, .40 caliber firearm, bearing serial number VWS784;
    b. One round of .40 caliber ammunition;
    c. Eleven (11) rounds of .22 caliber ammunition;
    d. Two (2) bolt cutters, one (1) yellow and one (1) red;
    e. Milwaukee Sawzall, 3 batteries, various blades; and
    f. Milwaukee Sawzall E2 Battery Charger;

Approximately 14 grams of cocaine. Scale and other drug distribution paraphernalia. Review of the Defendant's cellular phone showed that he was distributing amounts of cocaine historically and this amount found in the residence was of the time being historically distributed.