UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                                   )<br>)<br>NICOLAS DAVILA                               )<br>)<br>Defendant.                                        ) | Criminal No.: 1:23-cr-10127-LTS |

**ASSENTED-TO MOTION OF DEFENDANT NICOLAS DAVILA
TO CONTINUE SENTENCING HEARING FOR SIXTY DAYS**

Now comes Defendant Nicolas Davila and respectfully moves this Honorable Court to continue Mr. Davila's sentencing, which currently is scheduled for January 9, 2024, for a period of sixty (60) days to allow further time for a presentence investigation interview and related presentence investigation matters. The United States assents to this motion. In further support of this motion, Mr. Davila's undersigned counsel respectfully avers that he has been working with United States Probation Officer Carolyn Patten to facilitate a presentence interview of Mr. Davila, but these efforts have been unsuccessful due to scheduling problems caused by the recent disruption of access to pretrial detainees at the Donald W. Wyatt Detention Facility.

**WHEREFORE**, Defendant Nicolas Davila respectfully moves this Honorable Court for a 60-day continuance of his January 9, 2024 sentencing hearing.

Respectfully submitted,
**NICOLAS DAVILA**
By his attorney,

/s/ John S. Day
_____
John S. Day (BBO #639249)
Day Law Firm, P.C.
33 Railroad Avenue, Suite 4
Duxbury, MA 02332
781-789-3001 (telephone)
jday@daylaw.com (e-mail)

Date:   November 13, 2023

## CERTIFICATE OF SERVICE

     I, John S. Day, hereby certify that, on November 13, 2023, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                              /s/ John S. Day
                              _____
                              John S. Day, Esquire

Case 1:23-cr-10127-LTS   Document 139   Filed 11/13/23   Page 2 of 2