Dear Judge Sorokin,

Hello, My name is Mildred Davila and I am also writing on behalf of my husband Rafael Davila Sr. We are the parents of Nicolas Davila, age 26. We had four children Nicolas was our third born child our youngest died at 21 two years ago. As parents starting a family at a young age and getting married, I being 16 and my husband 17, it wasn't icing on the cake. But we got it together, we both went to work to support ourselves and our first born we continued to do so as the years went by and our family was becoming bigger. I worked and went to school then college. I always loved to work with children and my husband continued his job at a printing press. I schooled every single one of my children in between before they started Kindergarten. They were also taught young about, helping around the house doing chores and earning their allowance, just the same way with their education as they got older it was their first priority. Also to be respectful, treat others as they want to be treated, help but do not expect anything in return. That they have to work hard for what they want and keep bettering themselves so they too can have a good life. They were to be leaders

not followers. We both disciplined our kids and gave them tough love not physical or mental or verbal abuse but for them to take time for themselves to think about their mistakes and then we sit together and talk about of how it was it the right way to go upon the negative decision they have made. My children are not perfect but I know, we know as parents they have a good heart, are good people and they are smart. We are embarrassed of the mistake our son has made and we hope that being in prison he would think it twice before doing anything that would hurt people and us as well again. I hope you take our letter into consideration we need our son home and he needs us. We are both going through medical issues and dealing with our youngest that passed and Nicolas and our other son in prison. That is an unbearable pain for us to hit us all at once. Thank you for taking the time to read our letter.

M. Dauda
R. Dauda Jr.