To Whom It May Concern,

I Marisol Duff, I'm the aunt and Godmother of Nicolas Davila. He's one of the best nephew his parents can give me. I am honored to have seen my nephew grow up from a baby to a young man. I want you to know how important he is in my life and I love him to death.

I have a lot of memories from when he was a baby. He would make me laugh that he will put me in a good mood. He's been such a a joy to be with from the start and I wouldn't change the person that he's today. He's still handsome, funny, smart and talented. He's considerate and has a sense of humor. He's a good father to his baby daughter. I know he made a mistake in his life but, I'm still proud of him. If people get to know him they will agree with me. I miss him so much like crazy. I love you and miss you Nicolas.

Love Aunt,
Marisol Duff