March 3, 2023

To whom it may concern,

I Vanessa Rodes am writting this letter on the behalf of my cousin Nicolas Davila. Me and Mr. Davila have grew up in the same house. I know my little cousin to be very kind, funny and loving. I really pray that he is granted a second opportunity in life, so he can continue to be there for his baby girl. He was also very supportive for his parents being that they have very serious medical conditions especially for his father who still isn't doing so well. Being that not all family live in the same state we have all been trying so hard to make arrangements to be in the care for me and Mrs. Davila but it has become very difficult for us. Nicolas was the one who was there for them along with help.

I believe Nicolas Davila has learned from his mistake and I believe he is ready to prove his potential and abilities to demonstrate who he really is because he is a bright and smart young man with everything going on with pandemic and struggles he needs to be by the family side and to protect his child.

Vanessa
Rodes