To Whom It May Concern,

I Jose Maldonado, cousin of Nicolas Davila. My cousin is a good person even though he made a mistake. I have good memories with him from when he was little until now. It was a pleasure to grow up with him. He has a good heart. He has a good sense of humor and he would make people laugh. He's a loving person and he loves his baby to death. I think he's the same person with his good heart, sense of humor and loving person. He's the same since he was little.

Love you cousin and miss you. Always on my mind.

José Maldonado