Dear Judge Sorokin

Hello, I'm Nicholas Davila, 26 years old an inmate at the Donald Wyatt Detention Center. I am writing this letter wanting to say I am sorry for the people I hurt and not happy with myself. I say this with all my sincerity. Being in prison has taught me that nothing is worth losing the time with your child, your parents, family, freedom and taking life for granted ever. I was young and not thinking straight just finding a way for providing for my family and that caused me more pain then I ever felt in my life besides losing my youngest brother 2 years ago. I also caused pain to others, and my daughter and parents who needed me the most. Losing my youngest brother changed all our lives. My parents needed me the most. The last thing they needed was for me to do the wrong thing and land in prison. They still need me, my daughter needs me. I need them. If I could do it all over again and get a second chance my life and my thinking of what I want to do for my future would be to work, take care of my family and never look back. Never make a mistake or any mistake that would take me away from my family, daughter and my freedom. My parents been together for 37 yrs and they did not bring me up to make these kind of choices. I was brought up with 2 working parents my mom also went to college they were always telling us school is important working hard, being responsible, being respectful, love one another, follow rules, treat others as you wants to

be tireutless as well as they did a good job but I didn't listen. I hope Judge Sodoskin that you will take my letter into consideration and give me the chance to prove to you and myself and family that I will do the right thing. That I need them as mush as they need me. I appreciate you taking the time to read my letter.

Thank You.
Judge Sorokin