**VNS ID: 7121260**

Your Honor,

I'm writing this letter as a response to your request for a summary of the thefts of catalytic converters had on ▓▓▓▓▓▓.

▓▓▓▓▓▓ is a small minority owned company operating out of ▓▓▓▓▓▓. We are a medical/life sciences supply company operating in a crowded industry and as such we run on very slim margins. As you are aware we were hit twice, the first time being on August 23rd when three of our vehicles were hit. The second being November 7th when we had two vehicles hit.

From a processing standpoint, at that particular time we were fortunate enough to have enough vehicles to cover deliveries, so impact to us serving our customers was minimal. We did, however, have to take a hit financially to the amount of $12k to offset the cost of repair that insurance didn't cover.

Not only did this theft have an impact on our bottom line, it also took a bit of a toll on us psychologically. Our trucks were locked up in an area of the property that was lighted, fenced in with barbed wire. This did not deter the thieves from coming in and cutting our vehicle's exhausts into pieces. We shared the video of both events with the ▓▓▓▓ police. Basically, we felt helpless!!!! Every Monday I would dread coming into the office and having a driver tell me, "we got hit again".

I hope this gives an understanding of what we were dealing with.

Sincerely

▓▓▓▓▓▓