March 6, 2024

**VNS ID:7121203**



Honorable Judge,

The actions of ▮▮▮▮▮▮▮▮▮▮ in May of 2022 had a great impact on our business. The theft of the catalytic converters on 7 of our vehicles left us with the inability to utilize these 7 trucks and placed a significant strain on the remainder of our fleet, drivers, and warehouse staff. We value our commitment of Next Day delivery to our customers and this theft hindered our ability to meet our commitments.

Due to the rampant theft of catalytic converters in our region; we were unable to source new parts for some time and were left with no option but to place temporary fixes on these trucks. We contracted with a local welder who was able to install a temporary fix so that we could get these trucks back on the road. This temporary repair took 5 days to complete on these trucks which again; significantly hindered our ability to deliver product to our customers. This temporary fix alone cost us $2,200.00.

Although the cost of replacements and repairs is significant, the impact that ▮▮▮▮▮▮ actions had on our staff was far greater. The stresses of having to reschedule deliveries, move deliveries to other available vehicles, and all whilst ensuring our customers receive the same level of service that they would receive on any other given day. Our day to day at ▮▮▮▮▮▮ ▮▮▮▮▮▮ is fast-paced yet extremely efficient and the stress of having our fleet impacted in this manner is one that we hope to never have to deal with again. To ensure that we do not have to face this ordeal in the future, we took the extreme measure of placing anti-theft devices in all of our fleet vehicles. The cost associated with these anti-theft devices was over $5500, in 2022. And this is something we continue to add to any new fleet vehicle we purchase.

As stated above, the actions of ▮▮▮▮▮▮ had a great impact on our business. We incurred financial and delivery burdens as well as stress amongst our staff. And I can assure you that our Automobile policy premiums have been significantly impacted as well due to this incident. Mr. ▮▮▮▮▮▮ should be held accountable for the crimes he has committed and our region should be able to feel safe against this happening again in the future.

Regards,

▮▮▮▮▮▮

CFO

**WOBURN**
10 Industrial Pkwy
Woburn, MA 01801
woburn@ndmoulding.com

**BRAINTREE**
236 Wood Rd
Braintree, MA 02184
braintree@ndmoulding.com

**SHREWSBURY**
614 Boston Turnpike
Shrewsbury, MA, 01545
shrewsbury@ndmoulding.com

**SHARON**
1245 Providence Hwy
Sharon, MA 02067
sharon@ndmoulding.com